**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ELZORA BROWN, | ) |
|        Plaintiff, | ) |
| v. | ) NO. 04-CV-485-FHM |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) |
|        Defendant. | ) |

## ORDER

This case is hereby reversed and remanded in accordance with the 10th Circuit Court of Appeals' ORDER AND JUDGMENT dated May 25, 2006 and filed in this Court on July 19, 2006.

SO ORDERED this 20th day of July, 2006.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE